IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALBERT LEE ODEN, # 124577, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. 2:20cv66-WHA-JTA ) (WO) |
| JOSEPH HEADLEY, *et al.*, | ) ) |
| Respondents. | ) |

## **ORDER**

On July 20, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. 12.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

(1) The Magistrate Judge's Recommendation (Doc. 12) is ADOPTED; and

(2) This case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 16th day of August, 2022.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE